# IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

RAMONE WRIGHT 75703061

Plaintiff(s),

-vs-

P. Adams, Warden FCI HAZELTON

Defendant(s),

Civil Action No. 5:21 cv28

FILED Bailey
Mazzone
Blalock

FEB 22 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at PO BOX 5000
FCI HAZELTON – FEDERAL CORRECTIONAL
INSTITUTION
BRUCETON MILLS WV 26525 – 5001

, on or about the 10 day of February , 2020

pursuant to 28 u S.C. 2674. Punitive Damages

CLaim [EYE] Pain

Sleep deprivation (Discontinued [EYE] medication from 10/29/2019 until 12/27/2019, due to insurance (medical coverage) issues

A.    Ground one:

The factual predicate for this civil claim in pursuant to 28 U.S.C. 2674, could not have been discovered previously through the exercise of due diligence, Holland V. Florida 560 U.S 631 (2010)

Plaintiff on numerous occasions sent sick call Request to [F.C.I.] Hazelton Health Service electronically on the inmate Kiosk machine, Complaining that his Right eye has been in acute agony and he needs his prescription filled.

Plaintiff with childhood injury to Right eye (5 year old). Right eye got caught in a fence, a corneal implant was performed. Plaintiff lost vision in Right eye (cornea became opaque) developed childhood glaucoma.

See EX. Bureau of prison Health Service, clinical encounter – Administrative

Page 2

Note, Note Date: 07/25/2017 08:52, provider:
Billiter, W. PA-C, Facility: BSY (page 11)

See EX. Bureau of prisons Health Services,
Clinical Encounter-Administrative note, Note
date: 03/10/2017 17:17, provider: Lemons,
Kimberly, RDO, Facility: OKI Administrative
note: Spoke with inmate who states eye pain
started around 6 am this morning and has
increased throughout the day. Still unable to
open his eye and cannot see, has had continuous
water discharge falling from the eye during
encounter. Has been on inflammatory ointment/
cream (3-4 months now) and glaucoma drops
until coming here. (Page 12,13)

See EX. Bureau of prisons Health Services
Clinical Encounter-Administrative note,
Note Date: 11/20/2018 12:16, provider:
Okezie, Okoli RN, Facility: ATL, medication
Reconciliation: The patient's known Medication
list including OTC items was compiled and
compared to new and changed BOP orders,
(page 14, 15)

Page 3

Renew medication orders:
° RX #638664 - Lex, medication Erythromycin ophth oint 3.5 GM 5mg/gm Order Date: 11/20/2018 12:16    (Page 14, 15)

Indication: unspecified disorder of eye and adnexa, RX# 625628 - Lex medication: Tears, Artificial (polyvinyl Alcohol 1.4%) 11/20/2018 12:16

See EX. Bureau of prisons Health Services clinical Encounter, Encounter Date: 11/28/2018 10:32, provider: Adams, Emmanuel MD. Facility: HAF, chief complaint: Chronic Care clinic, Subjective: I'm seen for A & O He was last seen on 07/05/2018 for CCC. He has a PMH of blindness in Right eye 2/2 accident in childhood. Inmate Referred to Commissary for artificial tears, it was explained to him that he would have to purchase it from Commissary. Will f/u with optometry pain: Not applicable. (page 16)

Page 4

All exhibits are merit to the predicate
Nature of plaintiff: Ramone L. Wright,
civil claim in chronological order of events
leading up to staff negligence and plaintiff's
punitive damages caused by [F.C.I.] Hazelton
medical department with P. Adams Residing
as Warden:

- First Exhibit: Bureau of prison Health Services,
Clinical Encounter - Administrative note,
Note Date: 04/19/2017 08:52, provider:
Billiter, W. PA-C, Facility: BSY, not in
Sequence of order but establish merit that
the plaintiff Ramone Wright Suffered from
a previous childhood injury.

- Second Exhibit: Bureau of prisons Health Services,
clinical encounter - Administrative note, note
Date: 03/10/2017 17:17, provider: Lemons,
Kimberly R D O, Facility: OKl (beginning
chronological order of events), documents
complication of the underline medical ~~condition~~
[EYE] condition, without any Eye medication
being administered.

Page 5

• Third Exhibit: Bureau of Prisons Health Services Clinical Encounter, Encounter Date: 11/28/2018 10:32, Provider: Adams, Emmanuel MD., facility: H.A.F. Once plaintiff Ramone L. Wright arrived at [F.C.I.] Hazelton during his physican - evaluation encounter performed at Health Service, all of his chronic care (care level 1) prescription eye medication was discontinued by Adams, Emmanuel MD., documenting: Inmate Referred to Commissary for artificial tears. But failed to state in Report that chronic care inmate Requires no copay or "out of pocket expenses", also that [Erythromycin ophth oint 3.5] is not even carried in commissary as over the counter (OTC) medication. Plaintiff should note that [Erythromycin ophth oint 3.5] was not Reinstated until 11/28/2018, and secondly the [Artificial tears](polyvinyl alcohol 1.4%) not until 02/24/2020, See Exhibit: prescriptions IV/ injectable non-formulary OTC (page 17) Also see Exhibit (page 16)

Page 6

Supporting facts:

Plaintiff through the exercise of due diligence discovered that [F.C.I] Hazelton changed medical insurance company 10/29/2019 and the new insurance provider does not cover plaintiff's [EYE] medication, so all active prescriptions [Tears, Artificial (poly vinyl Alcohol 1.4%) 15mL] OD [ophth oint 3.5 G.M. (petro/min oil) 83-15% written by optometrist. Sommer, Jennifer OD was discontinued once again by supervisor [Friend] overseer of [F.C.I] Hazelton Health Services. See Exhibit prescription IV/injectable Non-formulary Request OTC (RX #382701 - Hax O Erythromycin ophth oint 3.5... Compl: N/A, Last fill Date 10/29/2019 (page 17) Plaintiff was informed by [cpht] Shawna Dixon, that his current medication was discontinued due to insurance coverage issues. Which reflects staff negligences to uphold inmate's Rights. (Treated with fairness), and facility inability to follow Bureau of prison (BOP) program Statement and policies.

Plaintiff was instructed by supervisor [Friend] of the medical department to purchase Artificial tears from inmate commissary (which was out of stock).        Page 7

Supporting facts:

Plaintiff at mainline approached Warden P. Adams and showed him documentation in the form of an electronic sick call printout from the education department (inmate printer) that all his [EYE] medication was discontinued due to insurance issues. See Exhibit tRuLiNCS 75703061 Ramone Wright - Unit: HAF-m-A (page 18) which is a clear Violation of his eighth amendment Rights.

Warden P. Adams advised the Plaintiff to follow the administration Remedy (starting with a [BP8], Regarding the current discrepancy concerning the plaintiff's [EYE] prescribed medication.


Page 8

Supporting facts:

Plaintiff submitted an administration Remedy [BP8] to unit manager (m-1) Rivera on 12/ /2019 which was never Replied to. The courts has held when prison officials failed to respond to a prisoner's initial grievance, administrative Remedies has been exhausted: miller v. Norns. 247 F. 3d 736 (8Th Cir 2001), wite v. Mc Ginnis 131 F. 3d 593 (6Th Cir 1997) powe v. Ennis. 177 F. 3d 393 (5Th Cir 1999), Lewis v. Washington, 300 F. 3d 829 (7Th Cir)

Plaintiff filed for administrative Settlement under the federal tort Claim Act (FTCA), title 28 US.C 2672. (claim number TRT-MXR-2021-02362) seeking punitive damages in the amount of #12,000.00 for personal injury. See Exhibit united States government (page )

Plaintiff specifically claims due to his prescription [EYE] medication being discontinued deprived him of sleep, caused by eye [Right] pain, headaches, blurred vision and vomiting which is a violation of his eighth Amendment Rights, punitive damages.

Page 9

Supporting facts:

Bell v. Luna U.S.D.C. (D. Conn.) Case Number 3:10-CV-0008-MPS
Plaintiff must exhaust all his available administrative Remedies before filing in federal court, Brown v Toombs. 139 F. 3d 1107, 1103-04 (6Th CIR 1998)

Page 10